JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RICHARD PARTIDA, | ) Case No. 5:24-cv-00429-SHK |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **JUDGMENT** |
| vs. | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  6/25/2024

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE